UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80104-CR-MARRA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

EDWARD KLAPP, IV,

Defendant.
_________________________________/

**ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

THIS CAUSE is before the Court upon Defendant's pro se Motion for Early Termination of Supervised Release and Memorandum of Law [DE 100]. This Court having reviewed the pertinent portions of the record, the government's response in opposition and being duly advised in the premises, it is hereby

ORDERED and ADJUDGED that the Motion is DENIED. The Court finds early termination is not in the interest of justice.

DONE and ORDERED in West Palm Beach, Florida, this 3rd day of August, 2016.

KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies provided to:

All counsel of record